# Court of Appeals
# of the State of Georgia

ATLANTA,  March 21, 2019

*The Court of Appeals hereby passes the following order:*

**A19I0141.  FIELDS BENJAMIN CHAPMAN et al. v. THE STATE.**

Fields Benjamin Chapman, Andrew Haynes, and Damon Avery Johnson have filed a motion for reconsideration and amended motion for reconsideration of our order dismissing their application for interlocutory review.  The amended motion for reconsideration is hereby GRANTED, and the application is REINSTATED.  Their motion to supplement the record and original motion for reconsideration are DENIED AS MOOT.

Upon review of the application for interlocutory appeal, it is hereby GRANTED.  Chapman, Haynes, and Johnson shall have ten days from the date of this order to file a notice of appeal in the trial court.  The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  03/21/2019
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*